```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
INSURED ADVOCACY GROUP, LLC,                                   :
                                                               :
                              Plaintiff,                       :
                                                               :   23-cv-07212 (LJL)
             -v-                                               :
                                                               :        ORDER
SPARTAN SERVICES CORP. et al.,                                 :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed by Plaintiff against Spartan Services Corp. on August 15, 2023. Dkt. No. 1. On September 22, 2023, following an extension of time to respond, Defendant filed a motion to dismiss. Dkt. No. 7. Plaintiff timely filed its First Amended Complaint, in which it added individual defendants, on October 24, 2023. Dkt. No. 15. Defendants jointly moved to dismiss the amended complaint on November 7, 2023. Dkt. No. 16. For the sole purpose of properly pleading diversity between the parties, Plaintiff filed a second amended complaint on December 22, 2023. Dkt. No. 28.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss at Dkt. No. 7 is DENIED as MOOT. The Court will consider the motion to dismiss the amended complaint, Dkt. No. 16, as relating to the second amended complaint per the Case Management Plan, Dkt. No. 27. The Clerk of Court is respectfully directed to close Dkt. No. 7.

SO ORDERED.

Dated: January 22, 2024
       New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge