```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
INSURED ADVOCACY GROUP, LLC,                                     :
:
Plaintiff,                                   :
:      23-cv-07212 (LJL)
-v-                                              :
:           ORDER
SPARTAN SERVICES CORP.,                                          :
:
Defendant.                                   :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Insured Advocacy Group, LLC has moved for reconsideration of the Court's November 26, 2024 order quashing subpoenas for the bank records of Defendant Spartan Services Corp. Dkt. No. 105. The Court takes the motion under advisement. The Court's November 26, 2024 order was premised on the notion that Plaintiff could obtain through a 30(b)(6) deposition the information regarding funds that were transmitted but not remitted that would be reflected in the bank records. Dkt. No. 102 at 6–7. Plaintiff has now noticed that deposition, which will bear on the question of whether the Court should grant the motion for reconsideration. Dkt. No. 104. Plaintiff has leave to submit a letter of no more than 3 single-spaced pages following the deposition addressing whether there is still a need for the subpoenaed information. Such letter shall be submitted no more than seven days following the December 16 deposition. Defendant may respond with a letter of no more than three single-spaced pages filed within two days of Plaintiff's letter.

SO ORDERED.

Dated: December 6, 2024
       New York, New York                    _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge