UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
INSURED ADVOCACY GROUP, LLC,                                       :
:
Plaintiff,                                                         :
:                    23-cv-07212 (LJL)
-v-                                                                :
:                         ORDER
SPARTAN SERVICES CORP.,                                            :
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has reconsidered its November 26, 2024, order quashing subpoenas for the bank records of Defendant Spartan Services Corp. ("Spartan"). Dkt. No. 102. The motion for reconsideration brought by Plaintiff Insured Advocacy Group, LLC ("IAG") at Dkt. No. 105 is granted. The Court's order was premised on the notion that Plaintiff could obtain through a 30(b)(6) deposition the information regarding funds that were transmitted but not remitted. Dkt. No. 102 at 6–7. The Court also presumed that such information could be readily and quickly obtained. The Court was mistaken. Plaintiff has leave to serve the subpoenas seeking the Defendant's bank records at Dkt. No. 82-1.

    The deposition of Spartan's corporate representative shall take place between January 7 and January 10, 2025.

    The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 105 and 110.

    SO ORDERED.

Dated: December 13, 2024
       New York, New York
                                         LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024