```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
INSURED ADVOCACY GROUP, LLC,                                     :
:
Plaintiff,                                                       :
:                    23-cv-07212 (LJL)
-v-                                                              :
:                         ORDER
SPARTAN SERVICES CORP.,                                          :
:
Defendant.                                                       :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The post-discovery conference currently set for January 17, 2025, at 10 a.m. is rescheduled to 4 p.m. the same day.  At that time, the Court will hear Defendant's counsel on their motion to withdraw, filed on January 9, 2025 at Dkt. No. 116, and will hear from the parties on the status of discovery, due to close on January 15, 2025, *see* Dkt. No. 81.  A representative of Defendant is directed to join the conference to address the motion to withdraw.  Defendant is reminded that corporate entities may not appear in federal court without an attorney, *see Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow corporations, partnerships, associations, and other "artificial entities" to appear in court without an attorney), and that, if the Court grants the motion to withdraw, Defendant will have to expeditiously obtain new counsel or be at risk of default.  Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and enter conference ID# 358639322.

      SO ORDERED.

Dated: January 10, 2025
      New York, New York                       _____
                                                                LEWIS J. LIMAN
                                                                United States District Judge