UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
INSURED ADVOCACY GROUP, LLC,  :
  :
                       Plaintiff,  :
  :      23-cv-07212 (LJL)
    -v-  :
  :      <u>ORDER</u>
SPARTAN SERVICES CORP.,  :
  :
                       Defendant.  :
  :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

LEWIS J. LIMAN, United States District Judge:

      Following the conference on January 21, 2025, the Court modifies the Amended Case Management Plan of October 31, 2024, Dkt. No. 81, extending the discovery period for the limited purpose of completing the noticed deposition of Defendant's representative by no later than January 31, 2025. Summary judgment motions are due by no later than February 18, 2025. Any motion for sanctions for Defendant's failure to appear for the noticed deposition is also due by February 18, 2025. The proposed joint pretrial order is due on May 23, 2025. The Court will hold Defendant counsel's motion to withdraw in abeyance pending further direction from Defendant counsel.

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge