> Motion granted. "[A] settlement agreement over which the Court retains enforcement jurisdiction is a judicial document." *See Chron. Books, LLC v. Audible, Inc.*, 2020 WL 13556403, at *1 (S.D.N.Y. Feb. 12, 2020) (citing cases). However, the parties have identified countervailing factors that support the limited redactions that they request. *See Mercer Health & Benefits LLC v. DiGregorio*, 2018 WL 3559165, at *1 (S.D.N.Y. July 13, 2018) (holding that understanding that settlement would remain confidential was not sufficient to permit sealing but allowing for limited redactions "for which the parties can make a compelling showing of the need for confidentiality"). The parties are hereby put on notice that if there is a motion to enforce the settlement or the settlement otherwise becomes relevant to some requested judicial action, the Court will revisit this order.
>
> February 19, 2025
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge



*Via ECF* - February 18, 2025

The Honorable Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Insured Advocacy Group, LLC v. Spartan Services Corp.*
           Case No.: 1:23-cv-07212-LJL
           Letter Motion For Leave to File Redacted Settlement Agreement

Dear Judge Liman:

    Pursuant to your Honor's "Procedure for Sealed or Redacted Filings" the Plaintiff, Insured Advocacy Group, LLC ("Plaintiff" or "IAG"), hereby moves for leave to file a redacted version of the Settlement Agreement referenced in the parties' Amended Stipulation of Dismissal and Order of Dismissal (the "Settlement Agreement"). The Settlement Agreement, with the portions to be redacted highlighted in red, is being filed separately under seal. Plaintiff intends to file the Settlement Agreement only because the Settlement Agreement provides for this Court to retain jurisdiction to enforce its terms, and your Honor has advised that the Court cannot retain jurisdiction absent the filing of the Settlement Agreement.

    The redacted information consists of the monetary terms of the Settlement Agreement. Those terms are highlighted in red. Plaintiff respectfully submits that that information should be redacted because disclosure of that information may benefit Plaintiff's competitors in the factoring industry and harm Plaintiff's negotiating position in other litigation which is pending in this Court and elsewhere where the same or substantially similar substantive issues raised by the pleadings in this action are in dispute. Conversely, the public has no material interest in the detailed financial terms of the Settlement Agreement.

    Accordingly, Plaintiff respectfully requests that the Court permit Plaintiff to file the Settlement Agreement with the requested redactions. The undersigned understands that Defendant does not oppose the relief requested in this Motion.

    Should your Honor require any further information, please do not hesitate to contact the undersigned.

                                    Respectfully submitted,

                                    /s Maurice J. Baumgarten
                                    Maurice J. Baumgarten

cc: Counsel of Record